IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

JOSEPH MACASTLE JACKSON, )
)
                Petitioner )
)
vs. ) No. CIV-05-214-C
)
STATE OF OKLAHOMA, et al., )
)
                Respondents )

MEMORANDUM OPINION AND ORDER

      This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered her Report and Recommendation on April 11, 2005, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

      The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. No point would be served in repeating that analysis. There is nothing asserted by the Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, dismisses this petition for habeas corpus relief. Petitioner's Motion for Counsel [Dkt. No. 3] and Request for Evidentiary Hearing [ Dkt. No. 13] are denied. A judgment will enter accordingly.

IT IS SO ORDERED this 6th day of May, 2005.

ROBIN J. CAUTHRON
United States District Judge